STAEBLER, Respondent, v. TISDALE, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Herman Staebler against Josiah B. Tisdale. No opinion. We think the verdict in this case was clearly against the weight of evidence. Judgment and order of the County Court of Queens county reversed, and new trial ordered, costs to abide the event.

STAPLES, Appellant, v. CORNWALL et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 27, 1907.) Action by Oren G. Staples against Andrew C. Cornwall and others. No opinion. Judgment affirmed, with costs. See 114 App. Div. 596, 99 N. Y. Supp. 1009.

STARKMAN, Respondent, v. MARSHALL, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Frank Starkman against Sadie E. Marshall. No opinion. Motion to dismiss appeal denied, provided the appellant pay $10 costs and file her case within 10 days; otherwise, motion granted, with $10 costs.

STATE BOARD OF PHARMACY v. GASAU. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by the State Board of Pharmacy against Fred Gasau. No opinion. Motion for leave to appeal to Court of Appeals granted. Order filed.

STATE BOARD OF PHARMACY v. MATTHEWS. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the State Board of Pharmacy against Gardner D. Matthews. No opinion. Motion granted. Order filed.

STATE OF NEW JERSEY, Respondent, v. LIMBURG et al., Appellants. (Supreme Court, Appellate Division, First Department. December 20, 1907.) Action by the state of New Jersey against Herbert R. Limburg and others. H. R. Limburg, for appellants. M. C. Fleming, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See 105 N. Y. Supp. 1016.

STATE REALTY CO. v. VILLAUME et al. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by the State Realty Company against Henry Villaume and others. No opinion. Motion denied, with $10 costs. Order filed.

STAUNTON, Respondent, v. STEYRER, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by May Estelle Staunton against Anthony Steyrer.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STEINMAN v. STEINMAN. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Theresa Steinman against Sigmund B. Steinman. No opinion. Motion granted, with $10 costs. Order filed.

STEPHENS, Appellant, v. FLAMMER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Thomas C. Stephens against John J. Flammer and others. J. E. Carpenter, for appellant. S. Levy, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEPHENSON et al., Respondents, v. BRUSH, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1907.) Action by Theodore A. Stephenson and another against Edward F. Brush. No opinion. Judgment and order affirmed by default, with costs.

STERN v. STERN. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by Benjamin Stern against Sara Stern. No opinion. Motion denied, with $10 costs. Order filed.

STICHT, Appellant, v. BUFFALO CEREAL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by John Sticht against the Buffalo Cereal Company.

PER CURIAM. Judgment and order affirmed, with costs. See 116 App. Div. 632, 101 N. Y. Supp. 905.

SPRING and KRUSE, JJ., dissent.

STRASBURGER et al., Respondents, v. JANOWITZ, Appellant. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Bessie Strasburger and another against Julius Janowitz. B. D. Eisler, for appellant. C. L. Hoffman, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by William D. Stratton against the Delaware & Eastern Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1907.) Action by William D. Stratton against the Delaware & Eastern Railroad Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

HIRSCHBERG, P. J., not voting.

STRATTON, Respondent, v. DELAWARE & E. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by William D. Stratton against the Delaware & Eastern Railroad Company. No opinion. Motion denied, with $10 costs.

STRAUSS, Appellant, v. STRAUSS, Respondent. (Supreme Court, Appellate Division,

First Department. December 20, 1907.) Action by Alice K. Strauss against Leo Strauss. I. N. Jacobson, for appellant. C. Goldzier, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 107 N. Y. Supp. 842.

SWAIN v. PRICE. LOWENBERG v. GERSHEL. CLAUSEN v. VONNOH. PAGE v. CANDELARIA, ETC., CO. BIEN v. FERGUSON. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Actions by Harold Swain against James K. Price, by Max Lowenberg against Abraham Gershel, by William Clausen against Robert W. Vonnoh, by William H. Page against the Candelaria, etc., Company, and by Franklin Bien against Julius M. Ferguson. No opinions. Applications for leave to appeal from Appellate Term to Appellate Division denied, with $10 costs in each case. Orders signed. See 55 Misc. Rep. 220, 105 N. Y. Supp. 102.

SWEENEY v. O'DWYER. (Supreme Court, Appellate Division, First Department. December 13, 1907.) Action by John Sweeney against Edward F. O'Dwyer. No opinion. Motion denied, with $10 costs. Order filed.

SWEENEY v. SWEENEY. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Eugenia E. Sweeney against William Sweeney. No opinion. Motion granted, with $10 costs. Order filed.

SWEET, Respondent, v. PERKINS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 4, 1907.) Action by Oscar H. Sweet against Charles H. Perkins and others.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents, upon the grounds stated in the opinion of NASH, J., upon the former appeal in this case, reported in 115 App. Div. 784, 101 N. Y. Supp. 163.

TANNER, Respondent, v. THOMAS KELLS SONS' CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1908.) Action by Nellie Tanner, an infant, by Peter Tanner, her guardian ad litem, against Thomas Kells Sons' Company. No opinion. Judgment and order unanimously affirmed, with costs.

TAYLOR, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Henry Taylor against the Brooklyn, Queens County & Suburban Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

HIRSCHBERG, P. J., not voting.

TAYLOR, Respondent, v. KREISCHER, Appellant. (Supreme Court, Appellate Division, Second Department. December 23, 1907.) Action by Francis B. Taylor, as receiver, etc., against Stephen N. Kreischer. No opinion.

Judgment of the County Court of Nassau county affirmed, with costs. See 106 N. Y. Supp. 1147.

TAYLOR, Respondent, v. LISMAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Elizabeth R. Taylor against Anthony A. Lisman, doing business under the firm name of Anthony A. Lisman & Co. No opinion. Motion for leave to appeal to the Court of Appeals denied.

THEDFORD, Appellant, v. HERBERT, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by James Thedford against Henry L. Herbert. G. H. Fletcher, for appellant. L. E. Warren, for respondent. No opinion. Judgment affirmed, with costs, on opinion in Thedford v. Herbert, 118 App. Div. 181, 102 N. Y. Supp. 1083. Order filed.

THEDFORD, Appellant, v. HERBERT, Respondent. (Supreme Court, Appellate Division, First Department. January 10, 1908.) Action by James Thedford against Henry L. Herbert. G. H. Fletcher, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 118 App. Div. 181, 102 N. Y. Supp. 1083.

TIFFANY, Respondent, v. ELLIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. December 6, 1907.) Action by Henry C. Tiffany against John J. Ellis, impleaded. No opinion. Motion for leave to appeal to Court of Appeals granted, questions for review to be settled before WILLIAMS, J., upon two days' notice.

TIMONY, Respondent, v. CORD MEYER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 22, 1907.) Action by Anthony Timony against the Cord Meyer Company.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that there is no proof that the defendant violated any duty to the plaintiff.

HOOKER and RICH, JJ., dissent.

TORONTO, Respondent, v. WESTINGHOUSE, CHURCH & CO., Appellants. (Supreme Court, Appellate Division, First Department. December 6, 1907.) Action by Theresa Toronto, as administratrix, against Westinghouse, Church & Co. L. S. Carrere, for appellants. H. L. Moses, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

TREADWELL v. CLARK. (Supreme Court, Appellate Division, First Department. January 17, 1908.) Action by George A. Treadwell against William A. Clark. No opinion. Motion granted, on conditions stated in memorandum. Settle order on notice. See 114 App. Div. 493, 100 N. Y. Supp. 1.